# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CONNIE EAMES,

      Plaintiff,

v.                          CASE NO. 5:04cv176-RH

WAL-MART STORES INC.,

      Defendant.

_____/

## ORDER REQUIRING FILING OF MEDIATION REPORT

The scheduling and mediation order entered October 26, 2004 (document 12) required the parties to commence mediation by April 14, 2005 (14 days after the discovery deadline) and to complete mediation by April 28, 2005 (28 days after the discovery deadline). The order required the parties to file a mediation report within 14 days after the completion of mediation. No report has been filed. Accordingly,

IT IS ORDERED:

The parties shall file by June 3, 2005, a report indicating when mediation was conducted and the outcome. The parties' attention also is directed to the "Order for Pretrial Conference" of March 10, 2005 (document 19), which requires

*Page 2 of 2*

the filing of a pretrial stipulation and related papers by June 2, 2005.

SO ORDERED this 1st day of June, 2005.

s/Robert L. Hinkle
Chief United States District Judge

*Case No: 5:04cv176-RH*