# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CONNIE EAMES,

        Plaintiff,

v.                                                                    CASE NO.  5:04cv176-RH/WCS

WAL-MART STORES INC.,

        Defendant.

_____/


## <u>ORDER FOR DISMISSAL</u>


The plaintiff has filed a notice stating that this matter has been settled.

(Document 21.)  Accordingly,

IT IS ORDERED:

1.  The parties shall abide by their settlement agreement.

2.  All claims other than for enforcement of the settlement agreement are

hereby voluntarily dismissed with prejudice in accordance with Federal Rule of

Civil Procedure 41.

3.  Jurisdiction is retained for enforcement of the order requiring compliance

with the settlement agreement.

4.  The clerk shall enter judgment stating, "The parties are ordered to abide

by their settlement agreement.  The court reserves jurisdiction to enforce the order

to abide by the settlement agreement.  All claims in this action are voluntarily

dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."

The clerk shall close the file.

5.  Any party that objects to the terms of this order or the judgment to be

entered pursuant hereto may file a timely motion to alter or amend in accordance

with Federal Rule of Civil Procedure 59(e).

SO ORDERED this 9th day of June, 2005.

s/Robert L. Hinkle
Chief United States District Judge